IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD P. BOUSHELL,

    Plaintiff,                              CV F 05 0727 OWW WMW   P

vs.                                         ORDER

B. SMALLWOOD, et al.,

    Defendants.

    Plaintiff is a former state prisoner proceeding pro se.  On July 13, 2005, an order was entered, directing Plaintiff to complete and submit to the court a completed application to proceed in forma pauperis.  On July 25, 2005, the order was returned to the court as undeliverable.  On November 7, 2005, a recommendation of dismissal was entered, recommending dismissal for Plaintiff's failure to prosecute.   On November 23, 2005, Plaintiff filed objections, indicating that he is located at a new address.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The November 7, 2005, recommendation of dismissal is vacated.

    2.  The Clerk's Office is directed to send to Plaintiff an application to proceed in forma pauperis by a non-prisoner.

    3.  Within thirty days of the date of service of this order, Plaintiff shall complete and submit to the court a completed application to proceed in forma pauperis.  Failure to do so will

result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

**Dated:     June 20, 2006**               　　　　　　**/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE