IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD P. BOUSHELL,

   Plaintiff,      CV F 05 0727 OWW WMW   P

 vs.         ORDER

B. SMALLWOOD, et al.,

   Defendants.

   Plaintiff is a former Kern County Jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's August 2, 2006, first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendant Smallwood for directing excessive force, in violation of the Eighth Amendment.

   The first amended complaint is filed in response to the July 17, 2006, order granting Plaintiff leave to do so. In that order, Plaintiff was advised that he alleged facts sufficient to state a claim for relief as to Defendant Smallwood. Plaintiff was advised that the court can not order service against un-named defendants. Plaintiff was granted leave to file an amended complaint to identify the two un-named Detention Officers. Plaintiff has failed to so so.

   Accordingly, it is HEREBY ORDERED that:

1.      Service is appropriate for the following defendants:

           SERGEANT B. SMALLWOOD

2.      The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed August 2, 2006.

3.      Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

      a.      Completed summons;

      b.      One completed USM-285 form for each defendant listed above; and

      c.      Two copies of the endorsed first amended complaint filed August 2, 2006.

4.      Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   February 12, 2007**           **/s/  William M. Wunderlich**
mmkd34                             UNITED STATES MAGISTRATE JUDGE