# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD P. BOUSHELL,

    Plaintiff,                            CV F 05 0727 OWW WMW

  vs.                                   ORDER DIRECTING CLERK
                                           TO RE-SERVE DOCUMENTS

B. SMALLWOOD, et al.,

    Defendants.

On February 12, 2007, an order was entered, finding that the first amended complaint stated a claim for relief as to Defendant Smallwood, and directing the Clerk's Office to send to Plaintiff certain documents. Plaintiff was ordered to return to the court a compelted USM 285 form for service of process upon Defendant Smallwood, along with 2 copies of the first amended complaint and a notice of submission of documents form.

On April 9, 2007, Plaintiff filed with the court a document titled as a Request for Re-service of Documents. Plaintiff indicates that he did not receive the February 12, 2007, order and the attached documents. Plaintiff states that it "seems like the Valencia Post Office has a reading machine which only forwards mail to what it considers valid address." Plaintiff is advised that it is his responsibility to provide the court with a valid mailing address.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to re-serve Plaintiff with the February 12, 2007,

order and attached documents.

        2. Plaintiff shall return the completed documents to the court within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:**    **June 1, 2007**                  /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE