IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARLOD BOUSHELL,

    Plaintiff,        CV F 05 0727 OWW WMW PC

vs.                    ORDER

B. SMALLWOOD, et al.,

    Defendants.

    Plaintiff is a former Kern County Jail inmate proceeding pro se and in forma pauperis in a civil rights action.

    On April 29, 2008, findings and recommendations were entered, recommending dismissal of this action. Plaintiff failed to file an opposition to Defendant's motion to dismiss, and the court recommended dismissal on that ground. On June 2, 2008, Plaintiff filed a notice of change of address and objections to the finding and recommendation.

    In his objections, Plaintiff indicates that he would like to amend the first amended complaint to address the concerns noted in Defendant's motion to dismiss. Defendant has appeared by the filing of a motion to dismiss. Defendant has not file an answer to the first amended complaint.   Motions under Rule 12 are not responsive pleadings for the purposes of motions to amend under Rule 15. Crum v. Circus Circus Enterprises, 231 F.3d 1129, 1130 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. The April 29, 2008, findings and recommendations are vacated.

2. Plaintiff is granted leave to file a second amended complaint. The second amended complaint is due within thirty days of the date of service of this order.

3. Defendant Smallwood shall file a response to the second amended complaint within thirty days of the date of service of the second amended complaint.

IT IS SO ORDERED.

**Dated:    June 16, 2008**              /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE