IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD P. BOUSHELL,

        Plaintiff,               1: 05 CV 0727 OWW WMW PC

   vs.                            ORDER RE MOTION (DOC 40)

B. SMALLWOOD,

        Defendant.

      Plaintiff is a former Kern County Jail inmate proceeding pro se in a civil rights action. Plaintiff has filed a motion to amend the complaint and a motion for appointment of counsel.

      By order entered on June 18, 2008, Plaintiff was granted leave to further amend the complaint. The court will construe the motion for leave to amend the complaint as a motion for extension of time to comply with the order of June 18, 2008.

      As to Plaintiff's request for the appointment of counsel, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 109 S.Ct. 1814 (1989).

      In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(d). Terrell v. Brewer, 935 F.2d 1015 (9th

1

Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Accordingly, plaintiff's request for the appointment of counsel should be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

2. Defendant Smallwood shall file a response to the second amended complaint within thirty days of the date of service of the amended complaint.

3. Plaintiff's request for the appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:   September 3, 2008**               /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE